### Brick et al., Executors of Brick, v. Reed.

In trover, if the effect of the suit is to recover the thing demanded, the plaintiff shall have full cost, although the jury found the special damages under forty shillings.

Action of trover for an execution of £41. Plea not guilty to the jury.

The debtors in said execution were poor; the defendant was an officer and received said execution with discretionary orders; he collected £24 and indorsed it on the execution, and had paid to the plaintiffs £12; the execution was demanded of the defendant and refused, and after the action was commenced the execution was returned and received by the plaintiffs.

The jury found the defendant guilty, and twelve shillings damages which was accepted by the court; Dyer and Root, JJ., dissented, upon the principle that the jury ought to have given in damages the £12, which he had received and indorsed, and had not paid to the creditor; and saved another suit: For the refusal was a conversion of the money received, as well as of the execution on which it was received and indorsed.

An objection was made to allowing any more cost than damages; by the court full costs must be allowed for the effect

of the suit was a recovery of the execution, as well as the twelve shillings given by the jury for special damages.